# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al,<br><br>    Plaintiff,<br><br>    v.<br><br>Stanton Utilities, Inc, et al,<br><br>    Defendant(s). | SACV 18-1914JVS(DFMx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

    The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED: 12/23/19

                                                             James V. Selna<br>
                                                United States District Judge

JS - 6