1
2
3
4
5
6
7

**LAQUER, URBAN, CLIFFORD & HODGE LLP**
Marija Kristich Decker, State Bar # 207387
225 South Lake Avenue, Suite 200
Pasadena, California 91101-3030
Telephone: (626) 449-1882
Facsimile: (626) 449-1958
Decker@luch.com

Counsel for Plaintiffs, Trustees of the Southern California
Pipe Trades Health and Welfare Trust Fund, et al.

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND, et al, <br><br> 13 Plaintiffs, <br><br> 14 v. <br><br> 15 STANTON UTILITIES, INC., a California corporation; et al., <br><br> 17 Defendants. | CASE NO.: 8:18-cv-01914 JVS (DFMx) <br><br> ASSIGNED TO THE HONORABLE JAMES V. SELNA <br><br> **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT** <br><br> Hearing: <br><br> Date:    May 18, 2020 <br> Time:    1:30 p.m. <br> Ctrm.:   10C |

20

21    **TO DEFENDANTS AND TO THEIR ATTORNEYS OF RECORD**:

22          PLEASE TAKE NOTICE that on May 18, 2020, at 1:30 p.m., or as soon

23    thereafter as the matter may be heard before the Honorable James V. Selna in

24    Courtroom 10C of the above-entitled Court, located at 411 W. Fourth St., Santa Ana,

25    California 92701, Plaintiffs will and do move to enforce the parties' settlement and

26    have judgment entered, and for the imposition of sanctions against Defendants for

27    their bad faith conduct.

28    ///

1

The Trustees base their motion on this notice of motion; the memorandum of points and authorities and the declaration of Marija Kristich Decker, filed concurrently herewith, the proposed order, the proposed judgment lodged herewith, and all pleadings and records on file in this action; any matters of which the Court may take judicial notice; and such other evidence and/or argument as may be presented to this Court at the hearing on this Motion.

Pursuant to Local Rule 7-3, this motion is made after conferring with attorney Adam Meyers on February 10, 2020, March 2, 2020, March 3, 2020, March 6, 2020, and March 16, 2020.

Dated:  March 30, 2020          LAQUER URBAN CLIFFORD & HODGE LLP


By: _/s/ Marija Kristich Decker_
          Marija Kristich Decker
          Counsel for Plaintiffs Trustees of the Southern
          California Pipe Trades Health and Welfare
          Trust Fund, et al.

1428731          NOTICE OF MOTION AND MOTION TO ENFORCE
                              SETTLEMENT

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On March 30, 2020, I served the foregoing document(s) described below:

### PLAINTIFFS' NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

Patrick Leonard                    *Defendant*
10581 Chestnut Ave.
Stanton, CA 90680

XXX_(BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

_____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

_____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

_____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on March 30, 2020, at Pasadena, California.

_____ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

XXX (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

/s/ - *Cheryl Roberts*
Cheryl Roberts