JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND,<br><br>Plaintiffs,<br><br>v.<br><br>STANTON UTILITIES, INC., a California corporation; and PATRICK LEONARD, an individual also known as EDWARD JOSEPH LEONARD, PATRICK EDWARD JOSEPH LEONARD, and EDWARD PATRICK JOS LEONARD,<br><br>Defendants. | Case No. 8:18-CV-01914 JVS (DFMx)<br><br>ASSIGNED TO THE HONORABLE JAMES V. SELNA<br><br>**JUDGMENT** |

1

JUDGMENT

TRUSTEES - PROPOSED JUDGMENT.DOCX

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs, Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund; Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund; Trustees of the Southern California Pipe Trades Retirement Trust Fund; Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund; Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund; Trustees of the Southern California Pipe Trades Christmas Bonus Fund; Trustees of the Apprentice and Journeyman Training Trust Fund; Trustees of the Plumbers and Pipefitters National Pension Fund; and Trustees of the International Training Fund, shall recover jointly and severally from Defendants, Stanton Utilities, Inc., a California corporation, and Patrick Leonard, an individual, the following amounts:

1. The principal amount of $85,000.00,
2. Sanctions of $14,400.00, which represent the reasonable attorneys' fees incurred by the Plaintiffs in enforcing their settlement with Defendants, and obtaining this order, and
3. Pre-judgment and post-judgment interest on the amounts provided above, at the rate of 8% per annum from February 7, 2020 to date. Thereafter, interest shall accrue at the rate of 0.12% per annum until the judgment is paid in full.
4.

DATED: August 24, 2020  _____
UNITED STATES DISTRICT JUDGE
JAMES V SELNA